SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**SEAN D. RICHMOND, Senior Deputy City Attorney (SBN 210138)**
srichmond@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for the CITY OF SACRAMENTO POLICE DEPARTMENT and POLICE OFFICER PATRICK MULLIGAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDA JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO POLICE DEPARTMENT; POLICE OFFICER PATRICK MULLIGAN; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00639-MCE-KJN<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF** |

TO: THE HONORABLE MAGISTRATE JUDGE KENDALL J. NEWMAN

IT IS HEREBY STIPULATED between the parties, by and through their respective counsel of record that the discovery cut-off be extended.

The parties are in the process of meeting and conferring on discovery issues and need additional time to complete discovery and have only recently discovered the identity of potentially relevant witnesses that were disclosed in Supplemental Rule 26 Disclosures.

The parties further stipulate and agree that any additional discovery will be related to depositions only and not to additional written discovery.

///

1
STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF

It is stipulated between the parties, that the following cutoff dates be set:

FACT DISCOVERY CUT-OFF: 07-15-2019

EXPERT DISCOVERY CUTOFF: 09-15-2019

DATED: April 2, 2019  LAW OFFICES OF JOSE R. VALDEZ

By: /s/ JOSE R. VALDEZ
**JOSE R. VALDEZ**

Attorneys for Plaintiff, CANDIDA JOHNSON

DATED: April 2, 2019  KRAVITZ LAW OFFICE

By: /s/ JEFFREY S. KRAVITS
**JEFFREY S. KRAVITZ**

Attorneys for Plaintiff, CANDIDA JOHNSON

DATED: April 2, 2019  SUSANA ALCALA WOOD
City Attorney

By: /s/ SEAN D. RICHMOND
**SEAN D. RICHMOND**
Senior Deputy City Attorney

Attorneys for the CITY OF SACRAMENTO POLICE DEPARTMENT and POLICE OFFICER PATRICK MULLIGAN

I, Sean D. Richmond, certify that I have permission to affix the signatures of Jeffrey S. Kravitz and Jose R. Valdez to this document by email permission.

# ORDER

Good cause appearing, IT IS SO ORDERED.

Dated: April 3, 2019

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE