Kravitz & Chan, LLP
Jeffrey S. Kravitz (SBN 186209)
1851 Heritage Lane, Suite 128
Sacramento, CA 95815
P: 916-553-4072
F:916-553-4074
Jeff@kravitzchan.com

Attorneys for CANDIDA JOHNSON

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDA JOHNSON,<br><br>Plaintiff,<br><br>   vs.<br><br>CITY OF SACRAMENTO POLICE DEPARTMENT; POLICE OFFICER PATRICK MULLIGAN; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.:  2:18-cv-00639-MCE-KJN<br><br>**ORDER**<br>**TO EXTEND DISCOVERY CUT-OFF** |

## ORDER

GOOD CAUSE having been shown it is hereby ordered that the Pretrial Scheduling Order and the Stipulated Order to Extend Discovery be modified as follows:

Non-Expert Discovery shall be completed by November 15, 2019;

Expert Disclosure shall be completed by January 15, 2020;

Supplemental Expert Disclosure by February 15, 2020;

Expert Witness discovery to be completed in a timely manner to comply with Court order that the parties shall file all dispositive motions no-later than 180 days after close of non-expert discovery.

/ / /

The parties shall file a Joint Notice of Trial Readiness not later than (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s). If the parties do not intend to file dispositive motions the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after close of the designation of supplemental expert witnesses and the notice must include statements of intent to forego the filing of dispositive motions.

Dated:  July 29, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john.639

ORDER TO EXTEND DISCOVERY CUT-OFF