UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDIDA JOHNSON,<br><br>    Plaintiff,<br>    v.<br><br>CITY OF SACRAMENTO POLICE DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:18-cv-00639-DJC-KJN<br><br>ORDER |

Plaintiff Candida Johnson brought this action on March 23, 2018 against Defendants the City of Sacramento Police Department, Police Officer Patrick Mulligan, and Does 1 through 25, alleging (1) Defendants violated her Fourth and Fourteenth Amendment rights to be free from unreasonable search and seizure (against all Defendants), (2) Defendants violated her Eighth and Fourteenth Amendment rights to be free from cruel and unusual punishment (against all Defendants), and (3) the Sacramento Police Department has a pattern and practice of failing to train and properly supervise police officers such that there have been repeated violations of citizen's Fourth, Eighth, and Fourteenth Amendment rights (against the City of Sacramento Police Department).  (*See generally* Compl. (ECF No. 1).)

On September 28, 2023, the Parties filed a Joint Pretrial Conference Statement wherein they indicated that this "case proceeds only on plaintiffs first cause of action

against Defendant Mulligan for violations of her right to be free from unreasonable intrusions into her bodily integrity and violation of the 4th and 14th amendments to the Constitution," and that "Plaintiff abandons her other claims against Mulligan as well as all claims against the City of Sacramento." (ECF No. 33 at 4.) Based on these representations, the Court confirmed with the Parties at the pretrial conference on October 5, 2023 that dismissal of Plaintiff's other claims is warranted. The Parties agreed that Plaintiff's sole remaining claim is her first cause of action against Defendant Mulligan, and the other claims and defendants may be dismissed.

Accordingly, Plaintiff's second and third causes of action, as well as Defendants the City of Sacramento Police Department and Does 1 through 25, are hereby DISMISSED.

IT IS SO ORDERED.

Dated: __October 5, 2023__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC4 – johnson18cv00639.dismissal

2